UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ESTATE OF K. MUHAMMAD, HAROLD MOORE JR., and PAULA WHITE-RUSHIDDIN (Estate Administrator),

Plaintiffs,

vs.

PUBLIC ENEMY, CARLTON DOUGLAS RIDENHOUR, p/k/a "Chuck D," WILLIAM JONATHAN DRAYTON, JR., p/k/a "Flavor Flav," JAMES HENRY BOXLEY, p/k/a "Hank Shocklee," ERIC SADLER, BARRY WARD, UNIVERSAL MUSIC GROUP (UMG), DEF JAM RECORDINGS, CBS RECORDS, DEF AMERICAN SONGS, MARK MUSIC AND MEDIA LAW, P.C., KARISH & BJORGUM PC, and other unnamed DEFENDANTS,

Defendants.

Case No. 2:25-cv-02324-MWF(JDEx)

**ORDER GRANTING JOINT STIPULATION FOR 75-DAY CONTINUANCE OF PRETRIAL DEADLINES, FINAL PRETRIAL CONFERENCE, AND TRIAL**

Date Action Filed: March 21, 2025
Trial Date: March 16, 2027

/ / /

/ / /

/ / /

The Court has reviewed the Joint Stipulation for 75-Day Continuance of Pretrial Deadlines, Final Pretrial Conference (the "Stipulation"), and Trial filed jointly by Plaintiffs Estate of K. Muhammad, Harold Moore Jr, and Paula White-Rushiddin ("Plaintiffs") and Defendant Def Jam Recordings, a division of UMG Recordings, Inc. ("UMG"). (Docket No. 83). For good cause shown, the Court GRANTS the Stipulation. The following unexpired Pretrial and Trial dates are continued to the new dates set forth below:

| | |
|---|---|
| Non-expert Discovery Cut-off | February 19, 2027 |
| Expert Disclosure (Initial) | March 12, 2027 |
| Expert Disclosure (Rebuttal) | March 26, 2027 |
| Expert Discovery Cut-off | April 9, 2027 |
| Last Day to Hear Motions | April 21, 2027 |
| Last Day to Conduct ADR Proceeding | May 7, 2027 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | June 16, 2027 |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | June 23, 2027 |
| Final Pretrial Conference and Hearing on Motions in Limine | July 7, 2027, at 11:00 a.m. |
| Trial Date (Est. 4 Days**) | July 27, 2027, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: November 4, 2026 _________

MICHAEL W. FITZGERALD
United States District Judge